360 A.2d 669
Tyler v. Edes, Appellant.

Argued June 16, 1976. Howard Garbeil, for appellant; Carl E. Forrer, with him McCurdy and Smith, for appellees.

Order affirmed.

360 A.2d 632
Verdes et al. v. Betz, et al., Appellants.

Argued June 21, 1976. Marvin Comisky, with him Gerald Broker, for appellants; Joseph R. Polito, Jr., with him Kent & Polito, for appellees.

Order affirmed.